# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

SHAMUS G.,

    Plaintiff,

v.

NANCY A. BERRYHILL, Acting Commissioner of Social Security.

    Defendant.

Case No. CV 18-2008 JVS (MRW)

ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636, the Court reviewed the Complaint, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Defendant has not filed any written objections to the report. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS ORDERED that Judgment be entered in favor of Plainitff.

DATE: August 07, 2019

_____
HON. JAMES V. SELNA
UNITED STATES DISTRICT JUDGE