James B. Lewis, Cal. Bar # 297326
jim@jameslewislawoffice.com
Law Office of James B. Lewis
10940 Wilshire Boulevard, Suite 600
Los Angeles, California  90024-3940
(310) 443-4117 phone
(310) 443-4221 fax
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SHAMUS G.,<br>　　Plaintiff,<br><br>v.<br><br>ANDREW A. SAUL,<br>Commissioner of Social Security,<br>　　Defendant. | Civil Action No.  CV 18-2008 JVS (MRW)<br><br>[PROPOSED] ORDER FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |

Based upon the parties' Stipulation for the Award and Payment of Attorney Fees and Expenses Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d) and Costs Pursuant to 28 U.S.C. § 1920:

IT IS ORDERED that attorney fees and expenses of $8,520.10 as authorized by 28 U.S.C. § 2412(d), and $400.00 in costs as authorized by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

DATE:  9/6/2019　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　HON. MICHAEL R. WILNER
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

Respectfully submitted,

*/s/ James B. Lewis*
JAMES B. LEWIS
Attorney for Plaintiff